### STATE OF CONNECTICUT *v.* JOSE LOPEZ

The defendant's petition for certification for appeal from the Appellate Court, 52 Conn. App. 176 (AC 16923), is denied.

*Neal Cone,* assistant public defender, in support of the petition.

*Robert J. Scheinblum,* assistant state's attorney, in opposition.

Decided April 27, 1999

---

### PAUL REVERE LIFE INSURANCE COMPANY *v.* JANIS A. PASTENA

The defendant's petition for certification for appeal from the Appellate Court, 52 Conn. App. 318 (AC 17434), is denied.

*Rebecca B. Lamont,* in support of the petition.

*Linda L. Morkan,* in opposition.

Decided April 27, 1999